UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| SUNDANCE REHABILITATION CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case NO. 04-3033-CV-S-FJG ) |
| ROCKY RIDGE MANOR, INC. | ) ) ) |
| Defendants. | ) |

## ORDER

This Court finds that Rocky Ridge Manor, Inc. failed to answer interrogatories and produce documents as required by the Federal Rules of Civil Procedure. Rocky Ridge shall produce all requested documents, answer fully and completely each interrogatory on or before Monday May 16, 2005 and pay SunDance's attorneys' fees and costs of bringing this Motion.

Date: May 10, 2005  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge